# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARLA BUCK**, *et al.* | : CIVIL ACTION |
| v. | : NO. 19-837 |
| **ENDO PHARMACEUTICALS, INC.**, *et al.* | : |

## ORDER

**AND NOW,** this 29th day of April 2019, upon considering Defendant Endo Pharmaceuticals, Inc.'s Motion to dismiss (ECF Doc. No. 8), Plaintiffs' Opposition (ECF Doc. No. 12), Defendant's Reply (ECF Doc. No. 16), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant Endo Pharmaceuticals, Inc.'s Motion to dismiss (ECF Doc. No. 8) is **GRANTED**;

2. As Plaintiffs' counsel conceded at oral argument, on amendment naming another corporate affiliate defendant would be futile under this Order; and,

3. On or before **May 6, 2019**, the parties shall **show cause** in a Memorandum not exceeding fifteen pages as to why we should not transfer the remaining claims in this case involving Oregon citizens claiming injury in California against a Minnesota defendant to the United States District Court for the Eastern District of California consistent with Defendants' counsel's argument (ECF Doc. No. 21).

**KEARNEY, J.**