IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARLA BUCK, *et al.* | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-837 |
| ENDO PHARMACEUTICALS, INC., *et al.* | : |

## ORDER

**AND NOW,** this 29th day of April 2019, upon considering Defendant American Medical Systems, Inc.'s partial Motion to dismiss (ECF Doc. No. 9), Plaintiffs' Opposition (ECF Doc. No. 18), Defendant's Reply (ECF Doc. No. 21), following oral argument where Plaintiffs withdrew their claims under Counts X and XI, and for reasons in the accompanying Memorandum based upon the parties' briefs relying on Pennsylvania law, it is **ORDERED**:

1. Defendant American Medical Systems, Inc.'s partial Motion to dismiss (ECF Doc. No. 9) is **GRANTED** and we **dismiss** Counts I, II, X and XI without prejudice; and,

2. Defendant American Medical Systems, Inc. shall answer the remaining claims no later than **May 13, 2019**.

_____
KEARNEY, J.